(No. 6657)

NORTHERN ILLINOIS GAS COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF WATERWAYS, Respondent.

*Opinion filed July 27, 1972.*

NORTHERN ILLINOIS GAS COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.